Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GRC TRUST, appearing through Jimmy Ginn,<br><br>Plaintiff,<br><br>v.<br><br>YEEZY LLC, et al.,<br><br>Defendant. | Case No. 2:25-cv-08387-AJR<br>Hon. A. Joel Richlin<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALEXANDER KLEIN WITHOUT PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff The GRC Trust hereby dismisses Defendant Alexander Klein, *without prejudice* and with each party bearing their own fees and costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

This action will continue as to the remaining parties.

Dated: February 5, 2026         DONIGER/BURROUGHS

By:     */s/ Scott Alan Burroughs*
        Scott Alan Burroughs, Esq.
        Nelson A. Campbell, Esq.
        *Attorneys for Plaintiff*