Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GRC TRUST, appearing through Jimmy Ginn;<br><br>Plaintiff,<br><br>v.<br><br>YEEZY LLC, a Delaware Limited Liability Company; KANYE WEST, as an individual and doing business as "YEEZY TECH"; TAVORIS JAVON HOLLINS, an individual; ALEXANDER KLEIN, an individual; KANO COMPUTING LIMITED; YZY, an unknown entity; and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-08387-AJR<br>*Hon. A. Joel Richlin*<br><br>**[PROPOSED] ORDER ON PLANITIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE TAVORIS JAVON HOLLINS** |

~~[PROPOSED]~~ ORDER:

The Court, having reviewed Plaintiff's Request for Extension of Time to Serve Defendants, and for good cause shown, HEREBY ORDERS that the deadline to serve defendant Tavoris Javon Hollins, is extended by 60 days, or to <u>      April 10   </u>, 2026.

<u>SO ORDERED</u>.

DATED: <u>    February 9</u>, 2026          BY: *Joel Richlin*
                                              Hon. A. Joel Richlin
                                              United States Magistrate Judge