**Scott A. Burroughs, Esq. SBN: 235718**
**Doniger / Burroughs**
**603 Rose Avenue**
**Venice, CA 90291**
**(310) 590-1820**

# UNITED STATES DISTRICT COURT
## Central District of California

**The GRC Trust, appearing through Jimmy Ginn**

Plaintiff(s)

**v.**

**Yeezy LLC, a Delaware Limited Liability Company; Kanye West, as an individual and doing business as "Yeezy Tech"; Tavoris Javon Hollins, an individual; Alexander Klein, an individual; Kano Computing Limited; YZY, an unknown entity; and Does 1-10**

Defendant(s)

CASE NUMBER:
**2:25-cv-08387-AJR**

## PROOF OF SERVICE SUMMONS AND COMPLAINT

**(Use separate proof of service for each person/party served)**

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

a. ☑ summons ☐ first amended complaint ☐ third party complaint
☐ complaint ☐ second amended complaint ☐ counter claim
☐ alias summons ☐ third amended complaint ☐ cross claim
☑ other *(specify)*: **First Amended Complaint**

2. **Person served:**

**a.** ☑ Defendant *(name:)* **Kanye West, as an individual and doing business as"Yeezy Tech"**
b. ☑ Other *(specify name and title or relationship to the party/business named):*

c. ☑ Address where the papers were served: **72 Beverly Park**
**Beverly Hills, CA 902101542**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

*a.* ☑ Federal Rules of Civil Procedure

b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

1. ☐ **Papers were served on** *(date):* **at** *(time):*

*b.* ☑ By **Substituted Service.** By leaving copies: **"John Doe" (refused name) - Co-occupant**

**Age: 30-35 Weight: 200 Hair: Black Sex: Male**
**Height: 5'9" Eyes: Race: Hispanic Marks:**

**1.** ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

3. ☑ **Papers were served on** *(date):* **2/21/2026** at *(time):* **5:07 PM**

**4.** ☐ **by mailing** *(by certified mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

5. ☑ **papers were mailed on**

**6.** ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

**Title of person served:**

**Date and time of service:** *(date):* at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporatior**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
**Samuel Lessin**
**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**

a. Fee for service: $ **249.73**

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☑ Registered California process server
Registration # :**2025-050428**
County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 23, 2026** **Samuel Lessin**
*Type or Print Server's Name*

(signature)
*(Signature)*

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Scott A. Burroughs, Esq. | SBN: 235718
Doniger / Burroughs
603 Rose Avenue Venice, CA 90291

TELEPHONE NO.: (310) 590-1820 | FAX NO.
E-MAIL ADDRESS
ATTORNEY FOR *(Name):* Plaintiff: The GRC Trust, appearing through Jimmy Ginn

FOR COURT USE ONLY

**United States District Court - West District Courthouse**

STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF: **The GRC Trust, appearing through Jimmy Ginn**

DEFENDANT: **Yeezy LLC, a Delaware Limited Liability Company; Kanye West, as an individual and doing business as "Yeezy Tech"; Tavoris Javon Ho**

CASE NUMBER: **2:25-cv-08387-AJR**

## AFFIDAVIT OF REASONABLE DILIGENCE

Ref. No. or File No.: **GRC Trust v Kanye Omari West**

I, Samuel Lessin , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Kanye West, as an individual and doing business as "Yeezy Tech" as follows:
Documents:

**summons; First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 2/17/2026 | 3:49 PM | Home | The server was unable to gain access to the secure property, received no answer at the intercom, and observed that no one came outside.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 2/18/2026 | 1:52 PM | Home | The server was unable to gain access to the property, observed that no one came outside, and received no answer at the intercom.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 2/20/2026 | 12:27 PM | Home | The server was unable to gain access and observed that no one came outside.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 2/21/2026 | 5:07 PM | Home | DROPPED SERVED: "John Doe" (refused name) was a 30- to 35-year-old Hispanic male. He stood 5 feet 9 inches tall and weighed between 180 and 200 pounds. He had black hair.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |

Fee for Service: **$ 249.73**
County: **Los Angeles**
Registration No.: **2025-050428**
**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**
**Ref: GRC Trust v Kanye Omari West**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 23, 2026.

Signature:______________________

**Samuel Lessin**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Scott A. Burroughs, Esq. | SBN: 235718
Doniger / Burroughs
603 Rose Avenue Venice, CA 90291

TELEPHONE NO.: (310) 590-1820 | FAX NO.
E-MAIL ADDRESS
ATTORNEY FOR (Name): Plaintiff: The GRC Trust, appearing through Jimmy Ginn

FOR COURT USE ONLY

**United States District Court - West District Courthouse**

STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF: **The GRC Trust, appearing through Jimmy Ginn**

DEFENDANT: **Yeezy LLC, a Delaware Limited Liability Company; Kanye West, as an individual and doing business as "Yeezy Tech"; Tavoris Javon Ho**

CASE NUMBER: **2:25-cv-08387-AJR**

## AFFIDAVIT OF REASONABLE DILIGENCE

Ref. No. or File No.: **GRC Trust v Kanye Omari West**

I, Robert Diaz , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Kanye West, as an individual and doing business as "Yeezy Tech" as follows:
Documents:

**summons; First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 1/13/2026 | 4:35 PM | Home | The server arrived at the address and dialed the intercom. An authorized male agent came out, and when the server stated that they had documents for the person, he replied that he could not talk and walked away. The server was escorted by security and honk a couple of times, but nothing occurred.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 1/14/2026 | 9:10 AM | Home | The server arrived at the address and dialed the intercom. Security came out, and when the server asked for the subject, the individual walked away without responding.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 1/15/2026 | 7:48 PM | Home | The server arrived at the address and dialed the intercom, but no one came to the gate and no one was visible on the property.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 1/16/2026 | 3:43 PM | Home | The server arrived at the address and was approached by security, who looked at the server and then turned around and walked away.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |

**Continued on Next Page**

Fee for Service: **$ 249.73**
County: **Los Angeles**
Registration No.: **5681**
**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**
**Ref: GRC Trust v Kanye Omari West**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 23, 2026.

Signature: ______________________

**Robert Diaz**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Scott A. Burroughs, Esq. | SBN: 235718
Doniger / Burroughs
603 Rose Avenue Venice, CA 90291

TELEPHONE NO.: (310) 590-1820 | FAX NO.
E-MAIL ADDRESS
ATTORNEY FOR *(Name)*: Plaintiff: The GRC Trust, appearing through Jimmy Ginn

FOR COURT USE ONLY

**United States District Court - West District Courthouse**

STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF: **The GRC Trust, appearing through Jimmy Ginn**

DEFENDANT: **Yeezy LLC, a Delaware Limited Liability Company; Kanye West, as an individual and doing business as "Yeezy Tech"; Tavoris Javon Ho**

CASE NUMBER: **2:25-cv-08387-AJR**

## AFFIDAVIT OF REASONABLE DILIGENCE

Ref. No. or File No.: **GRC Trust v Kanye Omari West**

I, Robert Diaz , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Kanye West, as an individual and doing business as "Yeezy Tech" as follows:
Documents:

**summons; First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| | | | **Continued from Previous Page** |
| 1/27/2026 | 6:02 PM | Home | The server received no answer at the intercom, observed that no security personnel were visible, and noted that no one came out.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 1/29/2026 | 2:53 PM | Home | The server arrived at the address and observed a black Mercedes in the driveway. The server rang the intercom but received no answer, and no one came out.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 1/31/2026 | 11:38 AM | Home | The server arrived at the address and rang the intercom, but no one came out. The server observed only a black Mercedes parked in the driveway.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |
| 2/2/2026 | 2:25 PM | Home | The server arrived at the address and rang the intercom, but no one came out. The server honked several times, yet no one came out.<br>72 Beverly Park, Beverly Hills, CA 90210-1542 |

Fee for Service: **$ 249.73**
County: **Los Angeles**
Registration No.: **5681**
**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**
**Ref: GRC Trust v Kanye Omari West**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 23, 2026.

Signature: [signature]
**Robert Diaz**

Attorney or Party without Attorney:
Scott A. Burroughs, Esq., SBN: 235718
Doniger / Burroughs
603 Rose Avenue
Venice, CA 90291
TELEPHONE No.: (310) 590-1820 FAX No. (Optional):
Attorney for: Plaintiff The GRC Trust, appearing through Jimmy Ginn

FOR COURT USE ONLY

Ref No. or File No.:
GRC Trust v Kanye Omari West

Insert name of Court, and Judicial District and Branch Court:
United States District Court - West District Courthouse - Central District of California

Plaintiff: The GRC Trust, appearing through Jimmy Ginn

Defendant: Yeezy LLC, a Delaware Limited Liability Company; Kanye West, as an individual and doing business as “Yeezy Tech”; Tavori

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 2:25-cv-08387-AJR |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the summons; First Amended Complaint

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

a. Date of Mailing: February 24, 2026

b. Place of Mailing: Los Angeles, CA

c. Addressed as follows: Kanye West, as an individual and doing business as “Yeezy Tech”
72 Beverly Park
Beverly Hills, CA 90210-1542

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 249.73**
**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**
**Ref: GRC Trust v Kanye Omari West**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 24, 2026**.

Signature: [signature]
**David Azema**