# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-08387-AJR | Date | March 24, 2026 |
|---|---|---|---|
| Title | The GRC Trust v. YEEZY LLC, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | C/S 3/23/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| Nelson Campbell | Not present |

**Proceedings:**   MINUTES OF HEARING ON MOTION FOR EXTENSION OF TIME AND ORDER SCHEDULING STATUS CONFERENCE

On March 23, 2026, the Court held a hearing on Plaintiff's Motion for Extension of Time to Serve Defendant Kanye West (the "Motion"). (Dkt. 36.) The Court notes that no opposition was filed. On March 20, 2026, Plaintiff filed a Proof of Service showing substitute service on Defendant Kanye West. (Dkt. 38.) Accordingly, the Court concludes that Plaintiff's Motion is moot. Plaintiff's counsel agreed. Thus, the Court DENIES Plaintiff's Motion as MOOT. (Dkt. 36.)

The Court also notes that based on the proofs of service on file, Defendant YZY and Defendant Kanye West are both in default because March 16, 2026 was the last day for them to file responsive pleadings. (Dkts. 37, 38.) Defendant Kano Computing Limited is also in default because it was required to file a responsive pleading by December 23, 2025. (Dkt. 21.) Additionally, Plaintiff has not yet effectuated service on Defendant Tavoris Javon Hollins. Plaintiff has until April 10, 2026 to effectuate service on this defendant. (Dkt. 35.)

The Court schedules a status conference by video for **March 30, 2026 at 3:30 p.m.** The Courtroom Deputy Clerk will circulate a link to the parties to join the videoconference. The purpose of the status conference is to discuss the status of service of process on Defendant Tavoris Javon Hollins, the status of appearances by those defendants who have been served, but not appeared, and any other issue that is currently preventing this case from moving forward. All parties are directed to appear at this status conference or they may be subject to sanctions.

IT IS SO ORDERED.

00:05